SHELLEY D. KROHN, TRUSTEE
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
E-mail: Shelley@TrusteeKrohn.com
Telephone: (702) 421-2210
Facsimile: (702) 366-1939

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 15-16063 LED |
| BROWN, MONIQUE RASHAY | IN PROCEEDINGS UNDER CHAPTER 7 |
| | TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO BANKRUPTCY CODE §521(b) |
| Debtor(s) | Date:  January 7, 2016<br>Time:  11:00 a.m.<br>Place: Foley Bldg., Third Floor |

The Motion of Shelley D. Krohn (the "Trustee") to dismiss this case represents:

1. Debtor filed for relief under the Bankruptcy Code on 10/26/15, and the Trustee has duly qualified and is now acting as the Chapter 7 Trustee of the estate of the above-referenced debtor.

2. Title 11 of the United States Code Section 109(h)(1) provides: ". . . an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis."

3. 11 U.S.C. §521(b) states ". . . a debtor who is an individual shall file with the court-- (1) a certificate from the approved nonprofit budget and credit counseling agency that provided the debtor services under section 109(h) describing the services provided to the debtor."

4. In the present case, no evidence of completion of a course from an approved non-profit budget and credit counseling agency has been submitted by the Debtor(s) as required by 11 U.S.C. §521(b).

WHEREFORE, Trustee prays for an order dismissing this case as the Debtor(s) are not eligible pursuant to 11 U.S.C. §§109(h) and 521(b), and such other and further relief as is just and proper.

DATED: 12/7/15

_____
SHELLEY D. KROHN, TRUSTEE

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: 12/7/15

_____
SHELLEY D. KROHN

1
2
3
4
5
6
7
8
SHELLEY D. KROHN, TRUSTEE
9
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
10
E-mail: Shelley@TrusteeKrohn.com
Telephone: (702) 421-2210
11
Facsimile: (702) 366-1939
12
13                    UNITED STATES BANKRUPTCY COURT
14
                            DISTRICT OF NEVADA
15
16  In re                         )  Case No. BK-S 15-16063 LED
                                  )
17  BROWN, MONIQUE RASHAY         )  IN PROCEEDINGS UNDER CHAPTER 7
                                  )
18                                )  ORDER DISMISSING CASE
                                  )
19              Debtor(s)         )
                                  )  Date: January 7, 2016
20                                )  Time: 11:00 a.m.
                                  )  Place: Foley Bldg., Third Floor
21                                )
22  _____)

23      The Trustee's Motion to Dismiss Case came on regularly for hearing on January 7, 2016, at the
24  hour of 11:00 a.m., before a United States Bankruptcy Judge. SHELLEY D. KROHN, Trustee, appeared
25  personally, and other appearances are as noted on the record. The Court finding that notice was given
26  to the Debtor, Debtor's attorney, creditors, and interested parties, no response having been filed or heard,
27
28  and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. This Chapter 7 case is dismissed;

2. The Trustee is discharged from office, the Trustee's bond is exonerated and this case is ordered closed; and

3. The Clerk of the Court shall provide notice to all creditors and interested parties of the dismissal of this case.

Submitted by:

_____

SHELLEY D. KROHN, TRUSTEE

### ALTERNATIVE METHOD re RULE 9021:

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The Court waived the requirement set forth in LR9021(b)(1).

_____ No parties appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###