

———————————————
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
December 23, 2015

**Marquis Aurbach Coffing**
Terry A. Moore, Esq.
Nevada Bar No. 7831
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tmoore@maclaw.com
  Attorneys for William Croft

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In Re: | Case No:   15-16063-LED |
|---|---|
| MONIQUE RASHAY BROWN, | Chapter:   7 |
| Debtor. | Hearing Date: December 22, 2015<br>Hearing Time: 2:00 p.m. |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come on for hearing on the 22nd day of December, 2015, the Court noting that proper notice was given on the motion, and Terry A. Moore, Esq. of Marquis Aurbach Coffing appearing on behalf of Creditor, William Croft and Monique Rashay Brown, Debtor appearing Pro Se, and based upon the papers and pleadings on file herein, the motion, the oral arguments of counsel, and good cause appearing;

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay is hereby granted.

MAC: 14193-001 2681315_1 12/22/2015 3:37 PM

IT IS FURTHER ORDERED that the automatic stay has been terminated to allow William Croft to proceed with the eviction of the Debtor from the property located at 2275 S. Pioneer Way, Las Vegas, Nevada 89117.

IT IS FURTHER ORDERED that the relief from stay is binding and in effect despite any potential conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code and despite any dismissal and refiling of bankruptcy proceedings.

IT IS FURTHER ORDERED that the fourteen (14) day stay as provided for under Bankruptcy Rule 4001(a)(3) is not waived.

Respectfully submitted by:

MARQUIS AURBACH COFFING

By /s/ Terry A. Moore
Terry A. Moore, Esq.
Nevada Bar No. 7831
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for William Croft

MAC: 14193-001 2681315_1 12/22/2015 3:37 PM

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

MARQUIS AURBACH COFFING

By /s/ Terry A. Moore
Terry A. Moore, Esq.
Nevada Bar No. 7831
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for William Croft

### #

MAC: 14193-001 2681315_1 12/22/2015 3:37 PM